**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY D. JIM,                                    )<br>                                                              )<br>           Plaintiff,                                )<br>                                                              )           3:11-cv-00792-RCJ-WGC<br>vs.                                                         )<br>                                                              )           **ORDER**<br>NDOC CORRECTIONAL OFFICERS, )<br>                                                              )<br>           Defendants.                           )<br>_____ / | |

Plaintiff has submitted a *pro se* civil rights complaint. (ECF No. 1.) Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350.00 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an application to proceed *in forma pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

1   **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff a copy of his initiating
2   documents (ECF No. 1).
3   **IT IS FURTHER ORDERED** that the clerk **SHALL ENTER** judgment accordingly and close
4   this case.

Dated this 9th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE