AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

HARRY D. JIM,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

           CASE NUMBER: **3:11-CV-00792-RCJ-WGC**

NDOC CORRECTIONAL OFFICERS,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

  December 12, 2011                            **LANCE S. WILSON**
                                                    Clerk

                                                  /s/ D. R. Morgan
                                                  Deputy Clerk